IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN-MICHAEL: PRITZOS,

    Plaintiff,

  v.

HOWARD I. ATKINS, ET AL.,

    Defendant.

No. C 12-01184 RS

**RECUSAL ORDER**

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

**IT IS SO ORDERED.**

Dated: 6/11/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE