**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   JOHN-MICHAEL: PRITZOS,                    No. C 12-01184 RS

12              Plaintiff,

13      v.                                     **RECUSAL ORDER**

14   HOWARD I. ATKINS, ET AL.,

15              Defendant.

16   _____/

17           I hereby recuse myself from hearing or determining any matters which have been

18   referred to me as District Judge in the above-entitled action.  The Clerk of Court shall reassign

19   the referred matters in this case to another District Judge.

20

21           **IT IS SO ORDERED.**

22

23   Dated: 6/11/12                           _____
                                              RICHARD SEEBORG
24                                            UNITED STATES DISTRICT JUDGE

25

26

27

28