IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN MICHAEL PRITZOS,

    Plaintiff,

v.

ATKINS, et al.,

    Defendants.

No. C 12-01184 RS

**ORDER REGARDING SERVICE**

Under Federal Rule of Civil Procedure 4 and Civil Local Rule 5-1(d), plaintiff must complete service of the complaint on all defendants within 120 days of filing suit. Here no service has yet been provided. Plaintiff is given an additional 60 days to complete service, at which time, if service has not yet been effected, this matter will be automatically dismissed.

IT IS SO ORDERED.

Dated: 7-27-12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C
ORDER

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN-MICHAEL: PRITZOS,<br><br>        Plaintiff,<br><br>v.<br><br>HOWARD I. ATKINS, ET AL. et al,<br><br>        Defendant.                    / | Case Number: CV12-01184 RS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John-Michael: Pritzos
General Post Office Box 22721
Oakland, CA 94609

Dated: July 27, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk