IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MICHAEL PRITZOS, | **No. C 12-01184 RS** |
| Plaintiffs, | **ORDER DISMISSING ACTION** |
| v. | |
| ATKINS, et al., | |
| Defendants. | |

Plaintiff filed his Complaint in federal court on March 9, 2012. Pursuant to Federal Rule of Civil Procedure 4(m), plaintiffs were required to serve defendants within 120 days of filing suit. On July 27, 2012 plaintiff was given 60 days in which to complete service. The order stated that, if service was not effectuated, the matter was to be automatically dismissed. Plaintiff has not responded to that order. Thus, this action is dismissed, without prejudice.

IT IS SO ORDERED.

Dated: 10/2/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

John Michael Pritzos
General Post Office Box 22721
Oakland, CA 94609

DATED: 10/2/12

/s/ Chambers Staff
Chambers of Judge Richard Seeborg